332

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiff was sustained.

**No. 60947.**—Houbigant, Inc. v. United States, protest 287964–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiff was sustained.

**No. 60948.**—Yardley of London, Inc. v. United States, protest 288836–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiff was sustained.

**No. 60949.**—Lansen-Naeve Corp. v. United States, protest 276412–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of pigments similar in all material respects to those the subject of Abstract 58255, the claim of the plaintiff was sustained.

**No. 60950.**—A. Diagonale & Sons, Inc., and Alltransport, Inc., et al. v. United States, protests 249177–K, etc. (New York).